

**WINTHROP & WEINSTINE**

May 27, 2020

Elizabeth H. Schmiesing
Direct Dial: (612) 604-6528
Direct Fax: (612) 604-6928
eschmiesing@winthrop.com

## VIA CERTIFIED MAIL

PPG Industries, Inc.
c/o The Prentice-Hall Corporation System, Inc.
8040 Excelsior Drive, Suite 400
Madison, WI 53717

Anne M. Foulkes
Senior Vice President, General Counsel and
    Secretary
PPG Industries, Inc.
One PPG Place
Pittsburgh, PA 15272

Andrew Wheeler
Office of the Administrator
Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Kurt Thiede
Regional Administrator
Environmental Protection Agency Region 5
Mail Code: R-19J
77 West Jackson Boulevard
Chicago, IL 60604-3507

Preston D. Cole
Secretary
Wisconsin Department of Natural Resources
101 S. Webster Street
Madison, WI 53703

Mark K. Dausch
Attorney at Law
Babst Calland
Two Gateway Center
603 Stanwix Street, Sixth Fl.
Pittsburgh, PA 15222

Re:    **Notice of Intent to Sue PPG Industries, Inc. Under Section 7002(a)(1)(B) of the Resource Conservation and Recovery Act for Contributing to Contamination that May Present an Imminent and Substantial Endangerment to Health or the Environment**

Dear Ladies and Gentlemen:

This letter provides notice that Barclay Lofts LLC intends to sue PPG Industries, Inc. ("PPG") under section 7002(a)(1)(B) of the Resource Conservation and Recovery Act, 42 U.S.C. § 6972(a)(1)(B), in order to remedy conditions arising from the handling, storage, treatment, transportation and/or disposal of solid and hazard wastes, including but not limited to, polychlorinated biphenyls ("PCBs"), volatile organic compounds ("VOCs"), metals (primarily chromium, hexavalent chromium, trivalent chromium arsenic and lead), and polycyclic aromatic

**EXHIBIT A**

CAPELLA TOWER | 225 South Sixth Street, Suite 3500 | Minneapolis, MN 55402 | MAIN: (612) 604-6400 | FAX: (612) 604-6800 | winthrop.com   *A Professional Association*

Case 2:20-cv-01694-NJ   Filed 11/10/20   Page 1 of 28   Document 1-1

hydrocarbons ("PAHs"), that may present an imminent and substantial endangerment to health or the environment. PPG has contributed to these conditions through its ownership, operation, and control of the properties located at 300 South Barclay Street and 139 East Oregon Street, Milwaukee, Wisconsin (the "Barclay Properties") along with other buildings and facilities associated with the former PPG Paint and Varnish Division operations (collectively, the "Facility") in Milwaukee.

## The Barclay Properties

The Barclay Properties consist of two parcels. The 300 South Barclay parcel is 0.72 acres in size and is occupied by a five-story building, known as Building 11, with a full basement and penthouse. The 139 East Oregon parcel is 0.877 acres in size and contains three vacant buildings, Buildings 33, 34, and 35. Buildings 33 and 34 are three-story buildings with concrete slab-on-grade construction. Building 35 is a single-story building. The four buildings located on these parcels are listed on the Wisconsin State and National Registers of Historic Places as contributing buildings within the East Oregon and South Barclay Industrial Historic District. Barclay Historic LLC plans to redevelop at least Buildings 33 and 34.

## RCRA's Citizen Suit Provision

Section 7002(a)(1)(B) of the federal Resource Conservation and Recovery Act ("RCRA"), commonly known as RCRA's citizen suit provision, authorizes affected persons to sue:

> any person, . . . including any past or present generator, past or present transporter, or past or present owner or operator of a treatment, storage, or disposal facility, who has contributed or who is contributing to the past or present handling, storage, treatment, transportation, or disposal of any solid or hazardous waste which may present an imminent and substantial endangerment to health or the environment.

42 U.S.C. § 6972(a)(1)(B).

## PPG's Ownership and Operations at the Facility

PPG's predecessor, the Pittsburgh Plate Glass Co.,[1] acquired the Milwaukee-based Patton Paint Company in or around 1900. In 1920, as part of a broader consolidation of all of the businesses that Pittsburgh Plate Glass Co. was operating, the operations of Patton Paint and other paint and varnish companies were consolidated into PPG. The paint and varnish business located in Milwaukee was operated as PPG's Paint and Varnish Division by PPG at the Facility until approximately 1975 across approximately nine acres. Records show that PPG owned the Facility from approximately 1905 to 1975.

---

[1] Pittsburgh Plate Glass Co. changed its name to "PPG Industries, Inc." in 1968. For convenience, PPG and its predecessors will be referred to collectively as "PPG" in this letter.

Records further show that, in 1940, during PPG's ownership and operation at the Facility, there were at least twenty-five (25) underground storage tanks ("USTs") at the 300 South Barclay Street site. The USTs stored thinner, mineral spirits, resin, lacquer thinner, fuel oil, arsenic acid, hydrochloric acid, sulfuric acid, acetic acid, nitric acid, bichromate and dichromate. In addition, sixteen (16) aboveground storage tanks ("ASTs") were located inside Building 35 at 139 East Oregon Street.

The 1951 Sanborn Fire maps depicting the Facility indicate that Building 11 was a "dry color factory," and had outdoor storage with twenty-six (26) storage tanks, Building 33 was a manufacturing building for Minimax varnish and lacquer, Building 34 was labeled as the "Manway Warehouse," and Building 35 had sixteen (16) ASTs. The building located east of Barclay Street is labeled as a building with wood floors and was described as a "lacquer plant."

It cannot be disputed that PPG owned and operated the Facility from at least 1905 to 1975, or that PPG contributed to the past "handling, storage, treatment, transportation or disposal" of solid and hazardous waste at the Facility. It is evident that PPG's operations used materials that now contaminate the soil and groundwater at the Facility, as well as the interior of the buildings at the Facility. Further, the location and nature of the contamination demonstrate that the disposal of these substances was associated with PPG's operations at the Facility.

**PPG's Past Contributions to the Handling, Storage, Treatment, Transportation or Disposal of Solid and Hazardous Waste**

Upon information and belief, PPG, in connection with its activities at the Facility during its operation and ownership, contributed to the past handling, storage, treatment, transportation or disposal of solid and hazardous waste at the Facility. The VOCs, PAHs, PCBs and metals found in the soil, groundwater and interior of the buildings at the Facility are, or are evidence of the disposal of, "solid and hazardous waste." Historic records demonstrate that PPG used these materials in its operations at the Facility, and their presence in soil and groundwater and on interior building materials demonstrates that they were discarded during those operations.

Investigations of the soil, groundwater and building interiors at the Facility demonstrate that the soil is contaminated with VOCs, PAHs, PCBs and metals (primarily chromium, hexavalent chromium, trivalent chromium, arsenic and lead).

The same contaminants were found in groundwater. Petroleum VOCs were found in groundwater wells south and east of Building 11.

Sub-slab vapor sampling under Buildings 33 and 34 showed that TCE exceeded the Wisconsin target sub-slab vapor risk under both buildings.

With respect to the building interiors, twenty-five (25) bulk samples were collected from porous building materials (wood, concrete and brick) in March 2017. Based on known historical operations conducted in the various buildings and chemical usage, the compounds of potential

concern ("COPCs") included VOCs, semi-volatile organic compounds ("SVOCs"), PCBs, target analyte list metals, and cyanide.

The sampling detected 24 COPCs – 15 metals, 6 SVOCs, cyanide and PCBs. Chemicals of Concern ("COCs") were detected in each of the buildings as follows:

- Building 11: PCBs, cyanide, SVOCs, hexavalent chromium, cadmium, arsenic and lead;

- Building 33: PCBs, cyanide, SVOCs, hexavalent chromium and lead; and

- Building 34: PCBs, cyanide, SVOCs, hexavalent chromium and cobalt.

Upon information and belief, PPG is responsible for the metals, SVOC and PCB contamination inside the buildings.

**The Solid and Hazardous Waste Disposed of at the Facility May Present an Imminent and Substantial Endangerment to Health or the Environment.**

As noted above, the contamination resulting from the disposal of solid and hazardous waste at the Barclay Properties exceeds relevant soil and groundwater levels established by the Wisconsin Department of Natural Resources ("WDNR"). In fact, in 2011, the WDNR denied a request for site closure based in part on the failure of the then-current owner to demonstrate that its proposed remedial measures would be sufficient to address the direct contact concerns from contamination in the soil and groundwater or broader concerns resulting from groundwater contamination at the Barclay Properties.

Investigations demonstrate that contamination at the Barclay Properties exceeds standards established by the WDNR, including residual contamination levels ("RCLs") and protection of groundwater RCLs for soil, as well as background threshold levels for certain metals. In groundwater, contamination exceeded the relevant enforcement standards ("ES") for a number of contaminants. In addition, exceedances of target sub-slab vapor risk screening levels ("VRSLs") were found for benzene and tetrachloroethene.

In addition to high levels of contaminants in soil, groundwater and soil vapor, surfaces inside the buildings at the Barclay Properties are contaminated with PCBs, cyanide, SVOCs, hexavalent chromium, cadmium, arsenic, lead and cobalt.

Visual evidence shows that hexavalent chromium contamination from the building interiors has permeated the buildings through porous materials such as mortar.

As noted above, Barclay Lofts intends to redevelop the Barclay Properties and return then to productive use. This is in alignment with the City's plans for the area – the Barclay Properties are located within the boundaries of Milwaukee's Walker's Point Strategic Action Plan and Harbor District Water and Land Use Plan (December 2017). Both of these plans identify the area where

the Barclay Properties are located as ripe for redevelopment. Goals established in the Harbor District Plan include removal or resolution of "legacy contamination of land . . . in the District" and creation of "housing and employment opportunities that are accessible to a broad segment of the community." Harbor District Plan at 36. The description of ongoing development activities in the District is consistent with the plan for the Barclay Properties:

> While the Harbor District was historically dominated by industrial and transportation uses, new uses have begun to move into the District in recent years. Industrial loft buildings are being converted to new housing, office, start-up, and retail space, and former brownfields are being reused for new mixed-use developments.

> Harbor District Plan at 37.

> If the Barclay properties are not remediated prior to redevelopment, the contamination in the soil, groundwater and building interiors, which resulted from PPG's contribution to disposal of solid and hazardous waste, may present an imminent and substantial risk to health and the environment. This level of contamination and the risk that it may present provide sufficient basis for the commencement of a RCRA lawsuit seeking to compel PPG to undertake an appropriate response.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

*/s/ Elizabeth H. Schmiesing*

Elizabeth H. Schmiesing

16769802v2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0000 2010 5472

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0000 2010 5540

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0000 2010 5557

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0000 2010 5489

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0000 2010 5571

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0000 2010 5564



CERTIFIED MAIL

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

7019 2970 0000 2010 5571

U.S. POSTAGE >> PITNEY BOWES

ZIP 55402 $ 007.60°
02 1P
0001375960 MAY 27 2020

# FIRST CLASS MAIL

**W** WINTHROP & WEINSTINE

CAPELLA TOWER | SUITE 3500   225 South 6th Street   Minneapolis, MN 55402   A Professional Association

PPG Industries, Inc.
c/o The Prentice-Hall Corporation System, Inc.
8040 Excelsior Drive, Suite 400
Madison, WI 53717

FIRST CLASS MAIL

DuPont™
Tyvek®
Protect What's Inside™

ULINE S-6345 1-800-295-5510 uline.com



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name) | C. Date of Delivery |

1. Article Addressed to:

PPG Industries, Inc.
c/o The Prentice-Hall Corporation
System, Inc.
8040 Excelsior Drive, Suite 400
Madison, WI 53717

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 5544 9249 6589 13

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7019 2970 0000 2010 5571

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



CERTIFIED MAIL

7019 2970 0000 2010 5540

U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 55402
02 1H
0001375900 MAY. 27. 2020
$ 007.60⁰

# FIRST CLASS MAIL

**W WINTHROP & WEINSTINE**

CAPELLA TOWER | SUITE 3500    225 South 6th Street    Minneapolis, MN 55402    A Professional Association

Mark K. Dausch
Attorney at Law
Babst Calland
Two Gateway Center
603 Stanwix Street, Sixth Fl.
Pittsburgh, PA 15222



FIRST CLASS MAIL

Tyvek®
Protect What's Inside

ULINE S-6365 1-800-295-5510 uline.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark K. Dausch
Attorney at Law
Babst Calland
Two Gateway Center
603 Stanwix Street, Sixth Fl.
Pittsburgh, PA 15222

9590 9402 5544 9249 6589 68

2. Article Number (Transfer from service label)

7019 2970 0000 2010 5540

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



CERTIFIED MAIL

||||||||||||||||||||||||||||||||||||

7019 2970 0000 2010 5472

U.S POSTAGE >> PITNEY BOWES

ZIP 55402
02 1R
0001375560 MAY 27 2020

$ 007.60°

# FIRST CLASS MAIL

**W** WINTHROP & WEINSTINE

CAPELLA TOWER | SUITE 3500   225 South 6th Street   Minneapolis, MN 55402   A Professional Association

Kurt Thiede
Regional Administrator
Environmental Protection Agency Region 5
Mail Code: R-19J
77 West Jackson Boulevard
Chicago, IL 60604-3507



FIRST CLASS MAIL

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kurt Thiede
Regional Administrator
Environmental Protection Agency Region 5
Mail Code: R-19J
77 West Jackson Boulevard
Chicago, IL 60604-3507

9590 9402 5544 9249 6589 51

2. Article Number (Transfer from service label)

7019 2970 0000 2010 5472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UWHX S-6365     1-800-295-5510     uline.com



CERTIFIED MAIL

7019 2970 0000 2010 5489

U.S POSTAGE PITNEY BOWES

ZIP 55402
02.1R
0001375960 MAY 27 2020
$ 007.60°

# FIRST CLASS MAIL

**W** WINTHROP & WEINSTINE

CAPELLA TOWER | SUITE 3500   225 South 6th Street   Minneapolis, MN 55402   A Professional Association

Anne M. Foulkes
Senior Vice President, General Counsel and
    Secretary
PPG Industries, Inc.
One PPG Place
Pittsburgh, PA 15272



FIRST CLASS MAIL

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anne M. Foulkes
Senior Vice President, General Counsel and
Secretary
PPG Industries, Inc.
One PPG Place
Pittsburgh, PA 15272

9590 9402 5544 9249 6589 44

2. Article Number (Transfer from service label)
7019 2970 0000 2010 5489

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

ULINE S-8365    1-800-295-5510    uline.com

DuPont™ Tyvek®
Protect What's Inside



CERTIFIED MAIL

7019 2970 0000 2010 5557

U.S. POSTAGE ⮕ PITNEY BOWES

ZIP 55402 $ 007.60⁰
02 1R
0001375960 MAY 27, 2020

## FIRST CLASS MAIL

**WINTHROP & WEINSTINE**

CAPELLA TOWER | SUITE 3500   225 South 6th Street   Minneapolis, MN 55402 · A Professional Association

Preston D. Cole
Secretary
Wisconsin Department of Natural Resources
101 S. Webster Street
Madison, WI 53703



FIRST CLASS MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Preston D. Cole
Secretary
Wisconsin Department of Natural
Resources
101 S. Webster Street
Madison, WI 53703

9590 9402 5544 9249 6589 37

2. Article Number (Transfer from service label)

7014 2970 0000 2010 5557

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

ULINE S-6365   1-800-295-5510   uline.com

DuPont™ Tyvek® Protect What's Inside™



CERTIFIED MAIL

|| 7019 2970 0000 2010 5564

U.S. POSTAGE PITNEY BOWES

ZIP 55402
02 1R
0001375060 MAY 27 2020
$ 007.60°

# FIRST CLASS MAIL

**W** WINTHROP & WEINSTINE

CAPELLA TOWER | SUITE 3500    225 South 6th Street   Minneapolis, MN 55402   A Professional Association

Andrew Wheeler
Office of the Administrator
Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

FIRST CLASS MAIL



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrew Wheeler
Office of the Administrator
Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

9590 9402 5544 9249 6589 20

2. Article Number (Transfer from service label)

7019 2970 0000 2010 5564

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ULINE S-6365   1-800-295-5510   uline.com

USPS TRACKING # 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5544 9249 6589 51

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Winthrop & Weinstine P.A.
Suite 3500
225 South Sixth
Minneapolis, MN 55402-1629

B. Schmiesing

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kurt Thiede
   Regional Administrator
   Environmental Protection Agency Region 5
   Mail Code: R-19J
   77 West Jackson Boulevard
   Chicago, IL 60604-3507

   9590 9402 5544 9249 6589 51

2. Article Number *(Transfer from service label)*

   7019 2970 0000 2010 5472

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____ ☐ Agent
  _____ ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

USPS TRACKING #



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5544 9249 6589 44

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Winthrop & Weinstine P.A.
Suite 3500
225 South Sixth
Minneapolis, MN 5540_ 1629

B. Schmiesing

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 6 11 20

1. Article Addressed to:

Anne M. Foulkes
Senior Vice President, General Counsel and
    Secretary
PPG Industries, Inc.
One PPG Place
Pittsburgh, PA 15272

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 5544 9249 6589 44

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

2. Article Number *(Transfer from service label)*

7019 2970 0000 2010 5489

PS Form **3811**, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

USPS TRACKING #



9590 9402 5544 9249 6589 37



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Winthrop & Weinstine  P.A.
Suite 3500
225 South Sixth
Minneapolis, MN  55402-1629

B. Schmiesing

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Preston D. Cole
Secretary
Wisconsin Department of Natural Resources
101 S. Webster Street
Madison, WI 53703

9590 9402 5544 9249 6589 37

2. Article Number (Transfer from service label)

7019 2970 0000 2010 5557

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
DOA - Mail Transportation Services
X  Jeri Taylor
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUN - 1 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark K. Dausch
Attorney at Law
Babst Calland
Two Gateway Center
603 Stanwix Street, Sixth Fl.
Pittsburgh, PA 15222

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 5544 9249 6589 68

2. Article Number *(Transfer from service label)*

7019 2970 0000 2010 5540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
CONLEY

C. Date of Delivery
30 May

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ed Mail
  _____d Mail Restricted Delivery
  $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5544 9249 6589 68

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



Winthrop & Weinstine, P.A.
Suite 3500
225 South Sixth
Minneapolis, MN 55402-1629

B. Schmiesing



USPS TRACKING #

9590 9402 5544 9249 6589 20

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Winthrop & Weinstine P.A
Suite 3500
225 South Sixth
Minneapolis, MN 55402-1620

B. Schmiesing

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrew Wheeler
Office of the Administrator
Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

9590 9402 5544 9249 6589 20

2. Article Number *(Transfer from service label)*

7019 2970 0000 2010 5564

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

JUN 01 202

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Mail
Management

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053            Domestic Return Receipt