# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

|  |  |
|---|---|
| BARCLAY LOFTS LLC, a Minnesota limited liability company, <br> *Plaintiff(s)* <br> v. <br> PPG INDUSTRIES, INC., a Pennsylvania corporation; et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL DENESHA
10144 Orchid Ridge Lane
Bonita Springs, FL 34135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Ted A. Warpinski, Esq.
DAVIS & KUELTHAU, s.c.
318 S. Washington St. #300
Green Bay, WI 54301

M. Andrew Skwierawski, Esq.
DAVIS & KUELTHAU, s.c.
111 E. Kilbourn Ave., #1400
Milwaukee, WI 53202

Elizabeth H. Schmiesing, Esq./Thomas H. Boyd, Esq./Kyle R. Kroll, Esq.
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GINA M. COLLETTI, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:
_____

were received by me on *(date)* _____ .

☐ I personally served the summons and the attached complaint on the individual at *(place)*:
_____
_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: