# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| BARCLAY LOFTS LLC, a Minnesota limited liability company, <br> *Plaintiff(s)* <br><br> v. <br><br> PPG INDUSTRIES, INC., a Pennsylvania corporation; et al. <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HYDRITE CHEMICAL CO.
300 North Patrick Blvd. Brookfield, WI 53045-5831

**REGISTERED AGENT FOR SERVICE:** John Honkamp
300 North Patrick Boulevard
Brookfield, WI 53045-5831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

| Ted A. Warpinski, Esq. | M. Andrew Skwierawski, Esq. | Elizabeth H. Schmiesing, Esq./Thomas H. Boyd, Esq./Kyle R. Kroll, Esq. |
|---|---|---|
| DAVIS & KUELTHAU, s.c. | DAVIS & KUELTHAU, s.c. | WINTHROP & WEINSTINE, P.A. |
| 318 S. Washington St. #300 | 111 E. Kilbourn Ave., #1400 | 225 South Sixth Street, Suite 3500 |
| Green Bay, WI 54301 | Milwaukee, WI 53202 | Minneapolis, MN 55402-4629 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GINA M. COLLETTI, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:

were received by me on *(date)* _____ .

☐ I personally served the summons and the attached complaint on the individual at *(place)*:

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.: