## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Barclay Lofts LLC, *a Minnesota limited liability company*,<br><br>       Plaintiff,<br><br>vs.<br><br>PPG Industries, Inc., *a Pennsylvania corporation*; WCC, Inc., *a dissolved Wisconsin corporation;* Hydrite Chemical Co., *a Wisconsin corporation*; Lumimove, Inc. d/b/a WPC Technologies, Inc., *a Missouri corporation*,<br><br>      Defendants / Cross-claim Defendants.<br><br>ABC Insurance Company, DEF Insurance Company, GHI Insurance Company, JKL Insurance Company and MNO Insurance Company,<br><br>      Defendants,<br><br>and<br><br>MD Fifth Ward Properties, Inc.; *a dissolved Wisconsin corporation;* Michael Denesha;<br><br>      Third-party Defendants. | **Civil Action No. 2:20-cv-01694** |

## DECLARATION OF THOMAS H. BOYD

I, Thomas H. Boyd, declare and state as follows:

1.      I am an attorney at Winthrop & Weinstine, P.A. and counsel for Barclay Lofts LLC ("Barclay"). If called, I would competently testify to the statements herein.

2.      Since commencing this lawsuit in late 2020, Barclay, through its counsel, has actively engaged in settlement negotiations and has succeeded in settling with three of the named defendants, including MD Fifth Ward Properties, Inc. ("MD Fifth Ward"), Michael Denesha ("Denesha"), and Lumimove, Inc. ("Lumimove").

3.      Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement, Assignment of Claims, Special Release and Covenant Not to Sue between Barclay and MD Fifth Ward and Denesha.

4.      Barclay, through counsel, provided a copy of the settlement agreement in Exhibit A to counsel for PPG Industries, Inc. ("PPG") and Hydrite Chemical Co. ("Hydrite") (collectively, "Non-Settling Defendants"). A copy has also been on the Court's docket since May 17, 2021, at No. 55-1.

5.      Barclay recently finalized a settlement with Lumimove, and Barclay intends to file a stipulation of dismissal with respect to its claims against Lumimove in the near-term future.

6.      Barclay's counsel met and conferred with counsel for the Non-Settling Defendants on November 30, 2021, and Barclay's counsel thereafter followed up by correspondence in December 2021, to explain there is no reason to allege contribution claims against the MD Defendants—nor do they have any need to assert any such claims for contribution—because the plain terms of the Settlement Agreement, and Barclay's

agreement to relinquish claims against the Non-Settling Defendants to the extent of the

MD Defendants' liability (if any), extinguish any such claims.

7.      A copy of the email chain between counsel, taking place between December

13, 2021, and December 22, 2021, is attached hereto as <u>Exhibit B</u>.

I declare under penalty of perjury that everything I have stated in this document is

true and correct. Executed on January 11, 2022.

*s/Thomas H. Boyd*

Thomas H. Boyd
