# United States District Court
EASTERN DISTRICT OF WISCONSIN

**BARCLAY LOFTS LCC,**
        Plaintiff,

    v.

**PPG INDUSTRIES, INC., ET AL.,**
        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. **20-CV-1694**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑     **Decision by Court.** This action came on for consideration and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in Barclay's favor against PPG to recover pre-remediation response costs pursuant to Section 107(a) of CERCLA, 42 U.S.C. § 9607(a). Judgment is also entered in PPG's favor as to its contribution claim against Barclay and Sherman. 42 U.S.C. § 9613(f)(1). Thus, Barclay is responsible for 100% of Barclay's past response costs, totaling $1,167,755.35.

    **IT IS FURTHER ORDERED** that pursuant to Barclay's claim seeking declaratory judgment for future response costs pursuant to 42 U.S.C. § 9613(g)(2), PPG is allocated 50% liability for future response costs. Hydrite is allocated 20% liability for future response costs. And Barclay and Sherman are allocated 30% liability for future response costs, including 10% liability for Barclay and Sherman, and the 20% "orphan's share" of Wayne Pigment/MD Fifth Ward.

    **IT IS FURTHER ORDERED** that PPG's cross-claim for contribution against Hydrite is dismissed. The Court enters a contribution bar in Hydrite's favor pursuant to 42 U.S.C. §9613(f)(2).

    **IT IS FURTHER ORDERED** that Barclay's claim for injunctive relief pursuant to Section 7002(a) of RCRA, 42 U.S.C. § 6972(a), is dismissed.

Approved: *Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

Dated: September 18, 2024

GINA M. COLLETTI
Clerk of Court

*s/Evan Romel*
(By) Deputy Clerk